1  Mary E. McCutcheon (State Bar No. 099939)
   Erica Villanueva (State Bar No. 233148)
2  Farella Braun & Martel LLP
   235 Montgomery Street, 30th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480

5  Attorneys for Plaintiff
   CITY OF OAKLAND
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  CITY OF OAKLAND,                    Case No. C05-04981

12              Plaintiff,              **PARTIES' STIPULATION EXTENDING
                                        TIME FOR SPECIALTY NATIONAL TO
13         vs.                          ANSWER CITY OF OAKLAND'S
                                        COMPLAINT**
14  SPECIALTY NATIONAL INSURANCE
    COMPANY,
15
                Defendant.
16

17

18

19         By and through their respective counsel, the parties to the above-titled litigation hereby

20  stipulate that defendant Specialty National Insurance Company shall have until January 17, 2006

21  to file an Answer in response to City of Oakland's Complaint for Breach of Contract, Declaratory

22  Relief, and Breach of the Implied Covenant of Good Faith and Fair Dealing.

23         So stipulated,

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. EXTENDING TIME FOR SPECIALTY
NATIONAL TO ANSWER COMPLAINT

Case No. C05-04981
16187\863708.1

1

DATE:  January ___, 2006                    FARELLA BRAUN & MARTEL LLP

2

3                                            By:_____

4                                                Erica Villanueva

5                                                Attorneys for Plaintiff
                                                 CITY OF OAKLAND
6

7    DATE:  January ___, 2006                    ZIMMERMAN AND KAHANOWITCH, P.C.

8

9                                            By:_____

10                                               Brian Zimmerman

11                                               Attorneys for Defendant
                                                 SPECIALTY NATIONAL INSURANCE
12                                               COMPANY

13

14            **IT IS SO ORDERED.**

15

     DATE:  January 6__, 2006
16                                           _____
                                             HON. WILLIAM H. ALSUP
17                                           United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. EXTENDING TIME FOR SPECIALTY
NATIONAL TO ANSWER COMPLAINT                 - 2 -                    Case No. C05-04981
                                                                     16187\863708.1