1  Mary E. McCutcheon (State Bar No. 099939)
   Erica Villanueva (State Bar No. 233148)
2  Farella Braun & Martel LLP
   235 Montgomery Street, 30th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480

5  Attorneys for Plaintiff
   CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>             Plaintiff,<br><br>     vs.<br><br>SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>             Defendant. | **Case No. C05-04981**<br><br>**PARTIES' STIPULATION EXTENDING TIME FOR SPECIALTY NATIONAL TO ANSWER CITY OF OAKLAND'S COMPLAINT** |

By and through their respective counsel, the parties to the above-titled litigation hereby stipulate that defendant Specialty National Insurance Company shall have until February 3, 2006 to file an Answer in response to City of Oakland's Complaint for Breach of Contract, Declaratory Relief, and Breach of the Implied Covenant of Good Faith and Fair Dealing.  The parties have mutually agreed to this extension in order to facilitate their ongoing settlement negotiations.  The parties agree that this extension shall not impact any court-ordered deadlines or calendared hearing dates.

So stipulated,

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. EXTENDING TIME FOR SPECIALTY NATIONAL TO ANSWER COMPLAINT

16187\868396.1
Case No. C05-04981

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

| | | |
|---|---|---|
| 1 | DATE: January __, 2006 | FARELLA BRAUN & MARTEL LLP |
| 3 | | By: /S/ |
| | | Erica Villanueva |
| | | Attorneys for Plaintiff |
| | | CITY OF OAKLAND |
| 6 | DATE: January __, 2006 | ZIMMERMAN AND KAHANOWITCH, P.C. |
| 8 | | By: |
| | | Brian Zimmerman |
| | | Attorneys for Defendant |
| | | SPECIALTY NATIONAL INSURANCE COMPANY |
| 13 | **IT IS SO ORDERED.** | |
| 14 | DATE: January 25, 2006 | |
| 15 | | HON. WILLIAM H. ALSUP |
| | | United States District Court Judge |

GRANTED
Judge William H. Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. EXTENDING TIME FOR SPECIALTY NATIONAL TO ANSWER COMPLAINT - 2 - Case No. C05-04981