IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>SPECIALTY NATIONAL<br>INSURANCE COMPANY,<br><br>    Defendant.<br>                           / | No. C 05-04981 WHA<br><br>**ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF INITIAL DEADLINES AND RESETTING CASE MANAGEMENT CONFERENCE** |

     Per the stipulated request for order extending initial disclosures deadlines, the Court **GRANTS** the parties' request. The case management conference is **CONTINUED** and reset for **MARCH 9, 2006, AT 11:00 A.M.** Please file your joint case management statement seven days prior to said conference.

     **IT IS SO ORDERED.**

Dated: February 6, 2006.

                                                WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE