IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>SPECIALTY NATIONAL<br>INSURANCE COMPANY,<br><br>    Defendant.. / | No. C 05-04981 WHA<br><br>**ORDER DENYING<br>FURTHER EXTENSION** |

      This Court refuses to grant further extensions to the deadlines in the Case Management Order. Settlement discussion is not a sufficient cause for the repeated delay to the schedule. The parties' request, therefore, is **DENIED**.

      **IT IS SO ORDERED.**

Dated: February 21, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE