Mary E. McCutcheon (State Bar No. 099939)
Erica Villanueva (State Bar No. 233148)
Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
CITY OF OAKLAND

Brian F. Zimmerman, Esq. (Bar No. 83095)
ZIMMERMAN & KAHANOWITCH
A Professional Corporation
21650 Oxnard Street
Suite 700
Woodland Hills, California 91367
Telephone: (818) 710-7777

Attorneys for Defendant, SPECIALTY NATIONAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SPECIALTY NATIONAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. C 05 4981<br><br>**STIPULATION AND [PROPOSED] ORDER RE: REFERRAL TO PRIVATE MEDIATION** |

　　　　WHEREAS this matter was referred to the ADR Unit for mediation at the Case Management Conference held on March 9, 2006;

　　　　WHEREAS counsel for the parties have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

　　　　IT IS STIPULATED AS FOLLOWS:

　　　　1.　　The parties have agreed to participate in private mediation and have agreed that Bruce A. Edwards, Esq. of JAMS will serve as mediator;

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
RE: REFERRAL TO PRIVATE MEDIATION
Case No. C 05 4981

16187\927662.1

2. The parties intend to participate in mediation with Mr. Edwards on or before July 3, 2006.

DATED: April 18, 2006

FARELLA BRAUN & MARTEL LLP

By: /s/
　　Erica Villanueva

Attorneys for Plaintiff
CITY OF OAKLAND

DATED: April 18, 2006

Law Offices
ZIMMERMAN & KAHANOWITCH
A Professional Corporation

By: /s/
　　Brian F. Zimmerman

Attorneys for Defendant
SPECIALTY NATIONAL INSURANCE COMPANY

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to private mediation. The parties will participate in mediation by July 3, 2006.

IT IS SO ORDERED.

DATED: April 18, 2006

　　　　　　　　　　　　　　　　　　
HON. WILLIAM H. ALSUP
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
RE: REFERRAL TO PRIVATE MEDIATION　　　- 2 -　　　16187\927662.1
Case No. C 05 4981

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400