1  Mary E. McCutcheon (State Bar No. 099939)
   Erica Villanueva (State Bar No. 233148)
2  Farella Braun & Martel LLP
   235 Montgomery Street, 30th Floor
3  San Francisco, CA 94104
   Telephone: (415) 954-4400
4  Facsimile: (415) 954-4480

5  Attorneys for Plaintiff
   CITY OF OAKLAND
6
   Brian F. Zimmerman, Esq. (State Bar No. 83095)
7  Zimmerman & Kahanowitch
   21650 Oxnard Street, Suite 700
8  Woodland Hills, CA 91367
   Telephone: (818) 710-7777
9  Facsimile: (818) 710-7778

10 Attorneys for Defendant
   SPECIALTY NATIONAL INSURANCE
11 COMPANY

12                 **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | CITY OF OAKLAND,                  | Case No. C 05-4981 |
   |------------------------------------|--------------------|
16 | Plaintiff,                         | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
17 | vs.                                |                    |
18 | SPECIALTY NATIONAL INSURANCE COMPANY, | |
19 | Defendant.                         |                    |

---

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL
Case No. C 05-4981

16187\1050200.1

## **STIPULATION**

The Parties hereby stipulate and agree, through their respective counsel of record, that all claims in this action that were or could have been asserted by either Party should be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

SO STIPULATED.

DATED: September 18, 2006                      FARELLA BRAUN & MARTEL LLP


By: /S/ Erica Villanueva
    Erica Villanueva

    Attorneys for Plaintiff
    CITY OF OAKLAND

DATED: September 18, 2006                      ZIMMERMAN & KAHANOWITCH
                                               A PROFESSIONAL CORPORATION


By: /S/ Brian Zimmerman
    Brian Zimmerman

    Attorneys for Plaintiff
    SPECIALTY NATIONAL INSURANCE
    COMPANY


IT IS SO ORDERED

DATED: September 18, 2006

IT IS SO ORDERED
/s/ William Alsup
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
WILLIAM H. ALSUP
U.S. District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL                    - 2 -
Case No. C 05-4981